Thank You Justices. Grant Teeple for petitioner. I'll be using about six minutes in my opening comments. I'm going to try to reserve three or four more. Hopefully it doesn't take all that time. It's a pleasure to be able to have argument in this case. It may have made a difference if we'd had argument hopefully at the district court level. We weren't afforded that opportunity. It was ruled summarily on the papers. Before this lawsuit began my client was buying databases from the patent office. The exact same one we're seeking to get access to now. The database is a mountain of database and that's really the analogy I like to use as a mountain. Let me ask you before we get to the mountains. When your client was buying these databases did they exist in the patent office? In other words the patent office has compiled the database correct? Correct. And then under the Freedom of Information Act you asked for the Freedom of Information Act. However you got them it existed. Correct. The department had already compiled the database. And we want that. What we're seeking here is exactly what we were buying before. So you bought it from the patent office before. Correct. When did it stop? When did it stop? Did you stop being able to purchase it from the patent office? Well to this day we could still buy a database but not the same one. The question I'm focusing on and I think the same one Judge Ward was asking maybe I'm wrong is there existed a database in the patent office at various at some point in time and you were able to acquire that. Correct. At some subsequent point in time the patent office stopped creating that database. Am I correct? Yes and no. You can still buy. You can't buy the database you used to buy. You can't buy the database. The difference is and I think this was in 2010 was they took out the patent holders information name and address. They took it out. Yes and they called us and we talked to them it's all in the record and said we're doing this for privacy reasons. And what's the privacy reason? What's the privacy interest that's being protected here? Well I don't believe there is one because that's not I think even respondents admit in this case that they're not asserting any sort of privacy defense. But that was the reason in the beginning we weren't able to get the information. That's what we were told. So then a lawyer who thought I know they said privacy concerns but if you're a patent holder and you have to register and file with the patent office they have to know who you are. People have to know who you are so that they know you know if they're infringing your rights or if they want a license or how to get to you. I mean how do people how Well in the old days before the privacy rules came into place I you could just look on the you could look on the databases. Nowadays you can't find out who you are unless you already have a patent number or some other. But the question I'm focusing on for you and I just want to make sure because we're doing here with a Freedom of Information Act request. Yes. Which as I read the statute entitles you to get documents from the agency correct? And electronic documents. You can get documents in electron form or in paper form. Correct. The agency doesn't have this document anymore. It used to create this document and it used to be there for you to obtain but it doesn't have the document you want anymore. It doesn't make it. That's not the facts of this case. Sure it is. No. Sure it is. Are you telling me that the agency has the very refusing to produce it? Yes. Where is that in your complaint? Because your honor it's a database that when we may I oh no no you see don't we all understand the facts of the case so don't don't don't shuffle. No I want to hear the answer to the question though. Go ahead. If I may. I'm trying to understand. See what he says and then you can attack him. Whenever we buy data from a county or city or whatever it is my client buys all kinds of data. When their their guy goes to his computer and says give him this this this this and this charge him so much send it off. Precisely we're saying the same thing. So the database of all this information existed then and now today that we're seeking. No but we what we deal with in the Freedom of Information Act and this is my one of my difficulties with the case is to make records available for inspection. So what record do you want to be made available for inspection? The same one that they were selling us before. But they don't have that anymore. Yes they do. They have they have information from which it can be produced but they do that they do not produce that record anymore. Correct? Otherwise you wouldn't be here. They would just hand it to you. Correct. Okay. So my question. Not producing it doesn't mean they don't have it just so we're clear. No they have the information they don't have the document. Very fine. Okay fair enough. So that what I'm and I'm not trying to attack you I'm trying to find out so your position is that the act requires them to compile information for you rather than simply produce records. It's already compiled and yes they have to give it to us. Well it's not compiled in the form you want. That's true. Right so they have in their in their various computers information from which they can compile what you seek. And your honor it is made available if I may just have a moment we were talking about this being a mountain of data. Right. And when I have that mountain of data I can look at the mountain I can see the ridges and the crevices and the rock formations and where the rocks certain types. No but if I may if I may. No please because I need to understand this. Okay. Your position I your position is that they are required to produce that data for you rather than a record. Correct. And if I and if you give me just one rock from the mountain at a time that I have to go through a website and answer how many hairs the spider-man have as a security question to get in and if you only give me one rock of the mountain at a time that's not the same as having the mountain of the data. Absolutely I accept that so you don't you don't have to convince me of I'm asking a very technical question which is that you view the the requirement that records of the government be produced which is the requirement in FOIA as requiring them to take data that they have and and and give it to you even if it isn't in a record yet. Well it isn't a record it's in the power system it's they admit that they can see that it's there. No it's there I know it's there we all we all can see it it's there we're talking past each other. It's it's there in their computers. And it's there for you to log in and see. So somebody who could log in could log in and seek. One at a time. One at a time. Right. Your your argument is and it may be correct but I just need to understand it that they're required to compile that and give it to you rather than simply give you whatever records they chose to make. Yes and I think that's the law too. I was just looking I'll grab my authority but I think that the government actually when you look at the the legislative history the government's actually required to enhance and do what it can to help the public have access to the data. Okay now I'm sorry to interrupt you but I needed to understand your position. And in a way your honor that's really essentially in a way what I think that the district court didn't appreciate. I don't think that they appreciated that there's a difference between a data point and a Now I need to understand this because what I understood from the history of this is that the data all exists but the and the government can answer this for me too but that at some point in time certain information from this database was removed. It's still there but it's I almost thought I could be wrong but I almost thought of it as a redaction for privacy concerns and and but it's still there they could still produce it because it's all in the same database is that correct? It's still there they're just not offering it for sale you're exactly right. Not offering it for sale but this is for you so this is like not it has nothing to do with it. I understand but it's the point is it's still there we know it's there they concede it's there. I'd like to make sure I save a minute. I know but I think judge will probably accommodate thank you I've used a bunch of your time thank you but the government and put aside the legal question in this case just so that we understand for certain for periods of time you could go to the government and say I want to buy this document or in electronic form and it had all the information you wanted and it's at some point in time the government stopped making that document to use that's a way to think of it and you say we'd like them to make it again fair? Yes. Okay. Could I ask you a question to the extent that you're relying on the legislative history isn't it true that what Congress is concerned about is production of information that discloses how to put it to put it I could and the difference to me is if you had made a request for all of the documents that led them to this decision absolutely you would be entitled to it because it would tell you exactly how the agency operated and made a decision but what you want is not to know how the agency is run you want information so that you couldn't conduct the business and and try and sell or approach people who own patents who may or may not want to hear you about a service that you're prepared to sell them that to my mind has nothing to do with how the US patent office is being run that kind of use and and disclosure and I don't I I think there's a there as I said the differences between asking them for give me the documents as to how you made this decision and give me this I agree with your recitation of law I disagree with your conclusion when we have this data when we have this big database this mountain of these rocks my clients can do amazing things in terms of looking at just what you're talking about how is the patent office operating how is it issuing when is it issuing when is it not issuing where is it issuing where is it including this is in fact your honor this is exact some of the most valuable stuff we're getting from that analysis is knowing how they're operating but you're not in this case attacking the agency's decision to in effect disaggregate this information I mean you they may have done it through regulation it may have been illegal it may have been a bad decision you're you're not you this is a FOIA case correct so you're not so you're the legality or wisdom of their decision to to stop producing this document is not in front of us is it it's not okay in fact I can see that in their papers so in their privacy statement they say inventors name city and state will be listed are you getting that I apologize I just couldn't hear you and their 2010 announcement of the the change they said they're going to list the inventors name the city and state are you getting that information I'm just not hearing I'm sorry I'm just not hearing the question okay the policy statement about removing certain information for privacy concerns yes said that they were going to list the inventors name city and state but not their address and my question is are you getting the inventors name city and state if we are we getting it currently yeah no we're currently out of business I mean we're not we're not marketing to anybody did you get it in response to your previous for your request no complaining about no what why not it that was our request was denied in total we got nothing on the request so that and I'm not understanding I thought you got some partial version of what you had been receiving in the past we're able we are able with our own resources to go and find some of that information but I'm not mindful that after the request they sent us something with just those items you want you want street addresses I want you right we need to be able to mail but that's what this is all about right absolutely okay so and you're saying they they would produce everything they wouldn't produce the street addresses names and street addresses zip codes they will not produce but they but they would give you the name and city of it's less I want to if I happen to know the patent number if I know the patent number I can go in the pair system go through the security and then I can get some of that information and that's and that's our position is that it's that's the position that they rely on that it's available that I can go look at one stone in the mountain at a time it would take us 10,000 keyboard operators working two years around the clock which would be prohibitively expensive and burdensome to even come close to being able to if we actually had to technically theoretically rebuild the mountain this case really is a between a database and a data point when I think as you really think about it and we're looking for this unique thing that is the database that we've been sold previously we're not asking them to give us a new format we want them to do just what they're doing before and frankly what they're willing to do now but they're just omitting a couple important variables and I just want to be sure what what are they assuming you go through the hoops what can you get you can get the you have the patent number you can get what with that all of the there's a bunch of variables that come in this database name type of patent when it was filed when it expires the different who the different inventors are they're listed there's a plethora of information that the number that these statisticians and guys with algorithms love and it allows them to predict how and who to address services to but you're not contending and I know we've taken you over but I want to make sure again you're not contending that this information that these that if you got each individual rock you wouldn't have all this information right if you give me all the rocks at once no I have it right no but I'm saying if you there each rock in which the information is is embedded is available to you if you can simply I believe that's I believe that's their position and as far as I understand that's right and that's correct right you're complaining as you shouldn't make us but a data point that one rock is not a mountain they're just not the same thing we were buying the mountain we need that we can't see the cliffs and the crevices the analogy starts to break down because I can't open rocks and mountains well I was trying my my wife said I should use the cars and say you know you can have the tire and a thing but you can't drive it unless they're all together and that's having it all together is really the value thank you good morning your honors may it please the court my name is Caroline prime and I represent the US Patent and Trademark Office and there are a couple of clarifications I'd like to make and the the addresses of the inventors are currently available in the public pair system you do it is true you have to look up each file individually right that's what I've understood the argument to be that his problem is I can get all the information I want but I have to ask I have to look at each patent to get it and I used to be able to get from you that's handy-dandy handy-dandy database in which all this information precisely yes there used to be a bulk data product for sale that included addresses of inventors so help me with that bulk data product did you have to create the bulk data product my understanding and again the record our record is so small here it doesn't go into that they that patent office does create various bulk data products and the only change in 2010 was that they took out the street no longer creates the bulk data product that that's correct that's my company used to buy from you that's my understanding is that it does not exist and and it's it's a it's a matter of the patent office just not releasing it it's not an existing record so it you are not refusing to release any existing record of the patent office in other words you you're willing to sell the bulk data upsell or release under FOIA I don't know the bulk data product you now produce yes the current bulk data product that is being released that is available has the majority of this information except for the street address including patent numbers that sort of thing the patent numbers themselves there's and again if there are several databases that the office provides there is a separate database open to the public called the patent full-text and image database and then that has more than 50 fields of inquiry and for example you can do a search of patents issued between January 1st 2002 to Jen to December 31st 2002 press ENTER and you'll get a list of approximately 182,000 patent numbers you find the addresses from that so with you would then the addresses are my understanding is that they're not in that database but with that patent number you could go into public pair and get the appropriate address for that patent let me ask you a question in terms of your your denial of the FOIA request the agency said that because these files are indexed and open to public inspection pursuant to section 552 a2 they are not available in response to FOIA requests so I guess my question was like this goes back to like the old reading room requirement I mean could his client go to the patent office and go look at the files and and get all the names and addresses and in from the office I I believe there's still there still is a reading room I I think again it would be sort of a file-by-file it wouldn't be a the aggregate information that he's looking for I for sort of data mining what's your understanding when where the offices and you didn't write this Tracy Alexander wrote this when she says this information is publicly available for inspection what does that mean how is it publicly it is and the position of the office is that the public pair system makes each complete patent file publicly available electronic pursuant to a to a a to a is electronically available right yes it is I think there is a physical reading room right but under you you would satisfy a to a even if you didn't have a physical reading room yes as long as all the stuff in the reading room was exactly it's a complete file that's right it is that the problem for appellant is it just it is file by file and they don't allow data mining what do you mean when they say that it's indexed and open to public inspection and that there is a way to look up each individual file that there is a mechanism to retrieve the particular file or data that you're looking for electronically yes I mean if you went to the physical reading room you'd have to get a librarian or something I I do not know how that's organized but I think that would be somebody to help so my other question is what were the privacy concerns motivating the removal of the address of the patent my understanding this is again back in 2010 that they had to protect the just the physical street address of the individual inventor a lot of these inventors if their home address unless their patent has been assigned to a company for example their home address is what was being produced in this bulk could that action is that there was an agency action that was that would be right there was just an attack through the you know the administrative review process could somebody have said you can't do that or it's illegal or I you know I think was essentially it's that action that's in front of us today but we have a foyer request in a sense in a sense except that those addresses are still available pursuant to a to a through the public pair system so somebody who wants to find the inventors address can certainly find that on the public website it just it isn't being produced in this product that companies like appellants can then data mine and send out is there a legal requirement that you produce some these bulk documents or is it just something the hear that somehow they deviate you deviated from a statutory require not not that I'm aware of regulatory no argument has been made in that regard well how do you read a two three the format requirement a two three would sort of be a different ballgame here if this were a request under a or sorry well let's assume this wasn't public it's a two right let's assume it's not publicly available on the website and somebody says therefore you have to comply with this one that produces it in any format right I require what does format mean see our cases that deal with it deal with format in sort of the simplest fashion right PDF as opposed to zip or paper right do you think does that if we get to that one does that require that you format the information in a way or produce it in a an electronic format of the reasonably available to the other side right well I do believe there's terminology that says it has to be readily available so so it would have to be something that that the agency could and again there's the prohibition of creating a record in a FOIA there's no requirement for an agency to compile and create a record for a requester it's supposed to be the disclosure of existing records so in terms of formatting I think there is a sense that that the requesters the agency should work with the requester and provide it in whatever readily available format that they can yeah but what do you read the word format to me that's my problem I don't know from the case law all I can divine from the word format because our case involves it produce it in a zip format for someone right but but it was a document that already it was they were documents that already existed and they were just being compiled in a particular electronic form is there a broader requirement of format that you format information that the agency has in a certain way I I'm not aware of a of a broader requirement see Mike the thing that really that there are two issues in this case that bother me one is if you have to make something publicly if something is if you're denying a request on the grounds that it's publicly available to me it seems that it must be meaningfully available like the public must really actually be able to access it and if you erect maybe this isn't that big of a barrier but if you erected barriers that made it impossible for the public to actually have access then that would not be compliance with FOIA you agree with that yes and you're saying this they're saying this is like barriers that make it really I don't know difficult if not impossible and you're saying no it's actually you can actually readily access this and that's what I'm not understanding exactly why it's they can really access the information that you have well I guess it's sort of it also depends on the intent of or the desired need of the requester I this is into the second concern I have which is is this it is this case sort of tainted by or turning on the fact that this is a commercial enterprise who wants to use this for business reasons as opposed to just having the information publicly available for people who are concerned about the agencies and you have public interest concerns around around the agency I mean does it is it tainted by the fact this is a commercial entity that wants it I I don't think it's tainted at all they're they're being treated as as any other requester would be and it's their issue is sort of with the way that the information has been presented or formatted the public pair system is a heavily heavily trafficked database because of all of the patent research going on every day and it's for that reason they had to put a CAPTCHA system on the database which which prevents data mining because data mining would bring down this this heavily used yes the question I think in a slightly different way I've always viewed FOIA as saying in effect you have access to all of our records except the ones that we can exempt and there's no and you can you can comply with that by just making all your records electronically available also is there any requirement in FOIA that you create a record in a certain way there I am aware of no requirements in the other substantive law that you create records in a certain way but all FOIA does essentially say come in and take whatever we've got our existing records are your existing records yes yes I it's yeah I I think had had we gotten into an a3 debate in this case it the record could have been developed to the amount of hours involved and costs that the product that appellant is seeking here and we're in an a3 situation you might be able to charge him for that absolutely and and and this the the body of records that appellant is seeking my understanding is it's approximately 2.8 million files from 2002 to present day that's 2.8 million approximately patent files and so it would be a huge endeavor that's my understanding so it's not that you're redacting information it's it's there and you're as it's been explained to me it's they they build these data products and the office they are not building the data product with the address in it and then stripping it out they're building the product without without the street address in it and therefore you have to go to some other electronic available document to find the record or the app street address the street is the way for a member of the public to now to currently get the street address you would have to go into public pair that's where you would find the street and you wouldn't have to do that I mean you could go on Google and get any one of our street address absolutely yes but his their problem their problem is that's a rock and not yes I think that's if there are no further questions I I it's our position that on this complaint as written and the district court had no choice other than to just I am concerned I'm going to just finally state this for the record because I say it every time I just note that the district court judges in the central district and the southern district are more and more frequently not having any arguments in their cases and it makes us it makes it more difficult both for you to cut we have argument in cases they don't have argument in and I think it it diminishes the argument and diminishes the record that they have seemed to have ceased doing that and I wish they would hold more arguments this case might have been it benefited from it in particular I understand thank you thank you your honors I will give you a couple minutes going thank you your honor I only have one point to make and I'd like to just address justice Hurwitz this question I maintain I have to say there's no justice in the 9th Circuit I'm judge Hurwitz in on page 14 of our brief we cite the I used to be a justice I was devoted I apologize I'm on page 14 we I'm in a site from the legislative history and it was saying that you should promote greater efficiency in responding to FOIA requests that includes using technology to let requesters obtain information in the form useful to them when you combine that with the requirement in 3a it does your honor I would suggest that there is an obligation to create something new because when you read 3a it says the agency shall provide the record in any form or format requested by the person if the record is readily and that's that's why I was asking your colleague that question I read that is simply saying you should produce the record a record that the agency has in a format usable to someone it doesn't say one must create a new record well I read that as if it may IDF word etc but let me just reread it one more time the whole thing I think I've read it you don't have to reread it so my question is do you have a case that that says a three or three requires them to create a record that didn't exist before it says it right on its for it right on its face okay if the record if it's question is do you have a case that says they're not not at hand there may be one in my brief but again I'm not able to get out the last three words of that which is if the record is readily report reproducible by the agency in that format they've been doing it certainly it's readily reproducible that's why I kept asking your colleague and I'm asking you whether there's anything in the case law that elucidates for me what format means and our only case dealing with it deals with the zip format as opposed to the paper format well certainly our my argument is if they've do it now let's read they're readily able to do it and please this is the 21st century these are databases these aren't physical things that exist we all want to say well was that record it existed they ever make it before every time they send it out they're making it brand new when someone buys it thank you very much thank you can so the session in the court will be adjourned for today
judges: Wardlaw, Hurwitz, Korman